UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS

In re: CHRIS A. BRINDLEY         §    Case No. 14-82462
       MARY L. BRINDLEY          §
                                 §
            Debtor(s)            §

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 08/08/2014.

2) The plan was confirmed on 10/03/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 05/02/2016, 06/03/2016.

5) The case was dismissed on 06/03/2016.

6) Number of months from filing or conversion to last payment: 18.

7) Number of months case was pending: 24.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $16,825.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 12,600.00 | |
| Less amount refunded to debtor(s) | $ 25.00 | |
| **NET RECEIPTS** | | $ 12,575.00 |

| Expenses of Administration: | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 4,000.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 799.00 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,799.00 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 0.00 |
| REGIONAL ACCEPTANCE | Sec | 0.00 | 10,418.40 | 0.00 | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE | Uns | 0.00 | 0.00 | 10,418.40 | 0.00 | 0.00 |
| TIDEWATER FINANCE COMPANY | Sec | 19,671.00 | 19,481.32 | 19,481.32 | 6,235.01 | 1,540.99 |
| COMPTROLLER OF THE TREASURY | Pri | 2,210.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 1,614.00 | 2,504.68 | 2,504.68 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 108.03 | 108.03 | 0.00 | 0.00 |
| IRS | Pri | 1,000.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE GOOD SHEPERD | Uns | 2,150.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE GOOD SHEPERD | Uns | 124.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE GOOD SHEPERD | Uns | 167.00 | NA | NA | 0.00 | 0.00 |
| AMCA | Uns | 18.00 | NA | NA | 0.00 | 0.00 |
| AMCA | Uns | 295.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECITONS E | Uns | 494.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCE | Uns | 6,665.00 | NA | NA | 0.00 | 0.00 |
| ASPHIRE | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATES IN NEPHROLOGY | Uns | 128.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATES IN NEPHROLOGY | Uns | 199.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ILLINOIS BELL TELEPHONE % AT&T | Uns | 138.00 | 137.66 | 137.66 | 0.00 | 0.00 |
| BERKS CREDIT & COLLECTIONS | Uns | 68.00 | NA | NA | 0.00 | 0.00 |
| BERKS CREDIT & COLLECTIONS | Uns | 31.00 | NA | NA | 0.00 | 0.00 |
| BEST PRACTICES IN PATIENT CARE | Uns | 112.00 | NA | NA | 0.00 | 0.00 |
| BEST PRACTICES INPATIENT CARE | Uns | 913.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 435.00 | 435.94 | 435.94 | 0.00 | 0.00 |
| CAPITAL WOMENS CARE LLC | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA CLINICAL LAB | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA MEMORIAL MEDICAL | Uns | 217.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA MEMORIAL MEDICAL | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 459.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 4,500.00 | 4,493.73 | 4,493.73 | 0.00 | 0.00 |
| COMPTROLLER OF THE TREASURY | Uns | 11,844.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 619.00 | 619.25 | 619.25 | 0.00 | 0.00 |
| E PARTNER NET | Uns | 70.00 | NA | NA | 0.00 | 0.00 |
| EQUIDATA | Uns | 64.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 453.00 | 452.84 | 452.84 | 0.00 | 0.00 |
| FREEDMAN ANSELMO LINDBERG, | Uns | 2,193.00 | 2,341.46 | 2,341.46 | 0.00 | 0.00 |
| IL MEDICAR | Uns | 45.00 | NA | NA | 0.00 | 0.00 |
| KROLL FACTUAL DATA / 060 | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| LEXINGTON HEALTH NETWORK | Uns | 654.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC | Uns | 19.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC | Uns | 34.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Uns | 2,306.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 1,100.00 | 1,100.91 | 1,100.91 | 0.00 | 0.00 |
| OMNICARE PHARMACY | Uns | 109.00 | NA | NA | 0.00 | 0.00 |
| PALATINE HEART CENTER | Uns | 141.00 | NA | NA | 0.00 | 0.00 |
| PALATINE HEART CENTER | Uns | 446.00 | NA | NA | 0.00 | 0.00 |
| PRESTIGE FINANCIAL SVC | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| PUBLISHERS CLEARING HOUSE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PULMONARY CRITICAL CARE | Uns | 72.00 | NA | NA | 0.00 | 0.00 |
| RACHELLE D HARDY DDS PC | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| RETINA INSTITUTE OF IL NILES | Uns | 30.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ROADLOANS.COM | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERV. OF | Uns | 6,665.00 | 6,665.04 | 6,665.04 | 0.00 | 0.00 |
| STATE OF MARYLAND CENTRAL | Uns | 1,474.00 | 1,474.20 | 1,474.20 | 0.00 | 0.00 |
| STERN & ASSOCIATES | Uns | 24.00 | NA | NA | 0.00 | 0.00 |
| STERN & ASSOCIATES | Uns | 64.00 | NA | NA | 0.00 | 0.00 |
| STONYBROOK PHARMACY | Uns | 680.00 | NA | NA | 0.00 | 0.00 |
| TRI - COUNTY EMERGENCY | Uns | 17.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 222.00 | 213.49 | 213.49 | 0.00 | 0.00 |
| WATER SERVICES CORPORATION | Uns | 76.00 | NA | NA | 0.00 | 0.00 |
| WELLINGTON RADIOLOGY GROUP | Uns | 14.00 | NA | NA | 0.00 | 0.00 |
| PB WOODS LLC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BRITTANY BRINDLEY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CERASTES, LLC | Uns | 0.00 | 1,120.00 | 1,120.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 19,481.32 | $ 6,235.01 | $ 1,540.99 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 19,481.32 | $ 6,235.01 | $ 1,540.99 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 2,504.68 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 2,504.68 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 29,580.95 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 4,799.00 |
| Disbursements to Creditors | $ 7,776.00 |
| **TOTAL DISBURSEMENTS:** | $ 12,575.00 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  08/26/2016          By:  /s/ Lydia S. Meyer
                                Trustee

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)